UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO ZOLLO on behalf of himself and other employees similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>VANGUARD CONSTRUCTION AND DEVELOPMENT COMPANY, INC.,<br><br>Defendant. | 19 CV 9477 (AJN) (KNF)<br><br>NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT |

PLEASE TAKE NOTICE that Plaintiff Gerardo Zollo, by his undersigned attorneys, hereby accepts the Offer of Judgment made pursuant to Fed. R. Civ. P. 68 by Defendant Vanguard Construction and Development Company, Inc., dated December 17, 2019.  A true and correct copy of the Offer of Judgment is annexed hereto.  The Clerk of the Court may enter judgment without further notice.

Dated:  December 19, 2019
        New York, New York

                                                CARY KANE LLP

                                                By: _____
                                                    Anthony P. Consiglio
                                                1350 Broadway, Suite 1400
                                                New York, NY 10019
                                                (212) 871-0537
                                                aconsiglio@carykane.com
                                                *Attorneys for Plaintiff Gerardo Zollo*

TO:   Thomas J. Bianco, Esq.
      Meltzer, Lippe, Goldstein & Breitstone, LLP
      190 Willis Avenue
      Mineola, NY 11501

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

GERALDO ZOLLO, *on behalf of himself and other employees similarly situated*, ,

                         Plaintiff,

-against-

VANGUARD CONSTRUCTION & DEVELOPMENT COMPANY, INC.

                         Defendants.
------------------------------------------------------------------------- x

**OFFER OF JUDGMENT**

Docket No.: 19-cv-9477 (AJN)

      **PLEASE TAKE NOTICE** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Vanguard Construction & Development Company, Inc. ("Vanguard") in the above-referenced matter hereby offers to allow judgment to be taken against it by Plaintiff Geraldo Zollo ("Zollo") in this action, in the total amount of Sixty Four Thousand Twenty Four Dollars and Twenty Four Cents ($64,024.24) (the "Settlement Amount") Inclusive of all interest, costs now accrued, but <u>exclusive</u> of reasonable attorneys' fees.

      This offer is inclusive of all claims of whatever nature, for all damages, including, but not limited to alleged unpaid wages, consequential damages, statutory damages, liquidated damages, benefits, pre-judgment and post judgment interest, and costs. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendants are liable in this action in any way to Plaintiffs or that Plaintiffs have suffered any damages. In fact, Defendant expressly and vigorously denies Plaintiff's claims.

Dated: Mineola, New York
       December 17, 2019

                                                    MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

                                                    By: _____
                                                         Thomas J. Bianco, Esq.
                                                         *Attorneys for the Defendant*
                                                         190 Willis Avenue
                                                         Mineola, New York 11501
                                                         (516) 747-0300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO ZOLLO on behalf of himself and other employees similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>VANGUARD CONSTRUCTION AND DEVELOPMENT COMPANY, INC.,<br><br>Defendant. | 19 CV 9477 (AJN) (KNF)<br><br>DECLARATION OF SERVICE |

I, Anthony P. Consiglio, am the attorney of record for Plaintiff Gerardo Zollo. I hereby certify that on December 19, 2019, I served on the Defendant Vanguard Construction and Development Company, Inc. a copy of Plaintiff's attached Notice of Acceptance of its Rule 68 Offer of Judgment dated December 17, 2019 by serving the same on its attorney, Thomas J. Bianco, at his email address tbianco@meltzerlippe.com. Mr. Bianco indicated that he was authorized to accept service of the same by email on behalf of Defendant.

Dated:   December 19, 2019
         New York, New York

                                        CARY KANE LLP

                                        By: _____
                                            Anthony P. Consiglio
                                        1350 Broadway, Suite 1400
                                        New York, NY 10018
                                        (212) 871-0537
                                        aconsiglio@carykane.com
                                        *Attorneys for Plaintiff Gerardo Zollo*