UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO ZOLLO on behalf of himself and other employees similarly situated,

    Plaintiff,

— against —

VANGUARD CONSTRUCTION AND DEVELOPMENT COMPANY, INC.,

    Defendant.

19 CV 9477 (AJN) (KNF)

(PROPOSED) JUDGMENT

JAN 0 6 2020

Defendant having submitted an Offer of Judgment to Plaintiff on December 17, 2019 offering judgment on all claims in this action in the amount of $64,024.24 pursuant to Fed. R. Civ. P. 68, and Plaintiff having served and filed Notice of Acceptance of that Offer,

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment is entered against Defendant Vanguard Construction and Development Company, Inc. in the amount of $64,024.24, and it is further ORDERED that this case is closed.

1/6/20

_____
District Judge